IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RODNEY WILLIAMS, R.K. INTEREST INC., and JABARI THOMAS, | § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Case No. 4:10cv34 |
| CHEYENNE CROSSING RESIDENTIAL ASSOCIATION, INC. and MARK DISANTI, | § § § § § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 17, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Cheyenne Crossing Residential Association, Inc.'s Motion for Summary Judgment (Dkt. 10) should be GRANTED and that Plaintiffs should take nothing by their claims here.

The court, having made a *de novo* review of the objections raised by Plaintiffs and Defendant's response, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

1

Defendant Cheyenne Crossing Residential Association, Inc.'s Motion for Summary Judgment (Dkt. 10) is GRANTED and Plaintiffs shall take nothing by their claims against Defendant Cheyenne Crossing Residential Association, Inc. The court finds that the findings and conclusions in the report are equally applicable to the unserved Defendant Mark DiSanti; therefore, Plaintiffs shall take nothing by their claims against him either.

**IT IS SO ORDERED.**

**SIGNED this the 31st day of January, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE